UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Criminal Case No. 08-cr-00507-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BERNARDO RODRIGUEZ,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, January 14, 2009,** and responses to these motions shall be filed by **Monday, January 26, 2009.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, February 2, 2009, at 9:30 a.m. in courtroom A-1002** It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, February 9, 2009, at 9:00 a.m. in courtroom A-1002.**

December 9, 2008

        BY THE COURT:

        <u>s/ Wiley Y. Daniel</u>
        Wiley Y. Daniel
        Chief United States District Judge